[No. 17383-9-I. Division One. April 29, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v.
ERIK EUGENE SKARSVOG, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-00993-9, John W. Riley, J., entered December 9, 1985. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Webster, JJ.

[No. 15171-1-I. Division One. April 29, 1987.]

WILLIAM RUSSELL SCEARCE, *Appellant,* v. UNITED
AIR LINES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-03202-6, William C. Goodloe, J., entered July 13, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Coleman, JJ.

[No. 17674-9-I. Division One. April 29, 1987.]

MURPHY & ELGOT, *Respondent,* v. PAUL H. SCHMIDT,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-13658-6, Donald D. Haley, J., entered December 11, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Webster, J., and Agid, J. Pro Tem.

[No. 16591-7-I. Division One. April 29, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. DANI
MICHELE PRIMMER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-00583-6, Gary M. Little, J., entered June 7, 1985. *Reversed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Pekelis, J.